[No. 6410-1.  Division One.  July 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. MACK
LON SHORT, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82083, Norman W. Quinn, J., entered March 16, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Andersen, JJ.

[No. 6423-1.  Division One.  July 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
NELSON WARE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83299, Stephen M. Reilly, J., entered March 14, 1978. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, A.C.J., and Andersen, J.

[No. 6478-1.  Division One.  July 2, 1979.]

THE STATE OF WASHINGTON, *Respondent,* v. HAROLD
LLOYD LEWIN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 83383, Oluf Johnsen, J. Pro Tem., entered April 18, 1978. *Affirmed* by unpublished opinion per Farris, J., concurred in by James and Ringold, JJ.

[No. 6555-1.  Division One.  July 2, 1979.]

*In the Matter of the Welfare of* DAVID LEO
ASCHAUER, ET AL, VICTORIA TAYLOR,
*Appellant.*

Appeal from a judgment of the Superior Court for King County, Nos. J-80954, J-80955, Eugene G. Cushing, J., entered April 12, 1978. *Reversed* by unpublished opinion per Ringold, J., concurred in by James, J., Swanson, A.C.J., dissenting.